# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CHRISTINE L. LYON

VERSUS

BEST BUY CO., INC., ET AL

CIVIL ACTION

23-441-SDD-SDJ

## ORDER

**CONSIDERING** the *Order*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>March 18, 2024</u>.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 20.

jury